UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRON SIMMONS,<br><br>         Plaintiff,<br><br>   v.<br><br>OFFICER S. ARANDA, and ANTHONY HEDGPETH,<br><br>         Defendants. | No. C 11-6190 SBA (PR)<br><br>**ORDER DENYING REQUEST FOR A SCREENING ORDER** |

Defendants' request for a screening order (Docket No. 11) is DENIED as unnecessary. The Court will screen the amended complaint in due course. The Clerk shall terminate Docket No. 11.

IT IS SO ORDERED.

DATED: 3/28/2014

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.11\Simmons190.screen.md