IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **BARRON SIMMONS,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**OFFICER S. ARANDA, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. C 11-6190 SBA (PR)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

　　　Defendant S. Aranda filed a motion to change the Court's deadline to file a dispositive motion, by sixty days, through, September 26, 2014. The Court has read and considered Defendant's motion and the accompanying declaration of counsel, and finds that good cause exists to grant the motion.

　　　Accordingly, that Defendant's motion to change time to file a dispositive motion is GRANTED. The time for Defendant to file a dispositive motion is extended through **September 26, 2014**. Plaintiff's opposition to the dispositive motion must be served and filed no more than **twenty-eight (28) days** after the motion is served and filed. Defendants' reply to an opposition must be served and filed no more than **fourteen (14) days** after the opposition is served and filed.

1  The motion will be deemed submitted as of the date the reply is filed. No hearing will be held on
2  this motion unless the court so orders at a later date.
3      **IT IS SO ORDERED**.

Dated: 7/15/2014

THE HONORABLE SANDRA BROWN ARMSTRONG
United States District Judge
Northern District of California