1
2
3
4
5
6
7
8                              IN THE UNITED STATES DISTRICT COURT
9                           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                                        OAKLAND DIVISION
11

| | |
|---|---|
| **BARRON SIMMONS,** | Case No. C 11-6190 SBA (PR) |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |
| v. | |
| **OFFICER R. ARANDA, et al.,** | |
| Defendants. | |

   Defendant S. Aranda filed a motion to change the Court's deadline to file a dispositive motion, by sixty days, through November 25, 2014. The Court has read and considered Defendant's motion and the accompanying declaration of counsel, and finds that good cause exists to grant the motion.

   Accordingly, that Defendant's motion to change time to file a dispositive motion is GRANTED. The time for Defendant to file a dispositive motion is extended through November 25, 2014. Plaintiff's opposition to the dispositive motion must be served and filed no more than 28 days after the motion is served and filed. Defendants' reply to an opposition must be served and filed no more than 14 days after the opposition is served and filed. The motion will be

1  deemed submitted as of the date the reply is filed.  No hearing will be held on this motion unless
2  the court so orders at a later date.
3  **IT IS SO ORDERED**.
4
5
6  Dated:   9/15/2014                         _____
                                              THE HONORABLE SANDRA BROWN ARMSTRONG
7                                             United States District Judge
                                              Northern District of California
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28