UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRON SIMMONS,<br><br>                Plaintiff,<br><br>v.<br><br>OFFICER S. ARANDA,<br><br>                Defendant. | Case No. 4:11-cv-06190-SBA<br><br>**ORDER GRANTING REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY FOR DEFENDANT S. ARANDA** |

Defendant S. ARANDA, having filed a Request for court approval of substitution of attorney, seeks to substitute his current counsel Virginia Irene Papan, Deputy Attorney General, of the Office of the Attorney General, with Susan E. Coleman, Esq., of Burke, Williams & Sorensen, LLP, as attorney of record.

For good cause shown, IT IS HEREBY ORDERED that hereinafter, Susan E. Coleman, Esq., of Burke, Williams & Sorensen LLP, will serve as counsel of record for Defendant S. ARANDA in this action.

IT IS SO ORDERED.

Dated: October 14, 2014

                                        Honorable Saundra Brown Armstrong
                                        United States Senior District Judge

///

Respectfully submitted,

Susan E. Coleman (SBN 171832)
E-mail: scoleman@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendant
S. ARANDA

2

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

BARRON SIMMONS,

    Plaintiff,

v.

S. ARANDA, et al.,

    Defendants.

Case No.  11-cv-06190-SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 10/14/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barron  Simmons ID: G23039
High Desert State Prison
P.O. Box 3030
Susanville, CA 96130

Dated: 10/14/2014

Richard W. Wieking
Clerk, United States District Court

By:_____
Nikki D. Riley, Deputy Clerk to the
Honorable SAUNDRA BROWN ARMSTRONG