UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRON SIMMONS,<br><br>        Plaintiff,<br><br>  v.<br><br>OFFICER S. ARANDA,<br><br>        Defendant. | Case No.  C 11-06190 SBA (PR)<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION SEEKING LEAVE TO DEPOSE PLAINTIFF; AND GRANTING DEFENDANT'S SECOND REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

    Defendant seeks leave to depose Plaintiff, and requests a second extension of time in which to file a dispositive motion.  Having read and considered Defendant's requests and the accompanying declaration of counsel, and good cause appearing,

    IT IS HEREBY ORDERED that Defendant's motion seeking leave to depose Plaintiff (Dkt. 28) is DENIED as moot because leave to do so has previously been granted in the Court's May 7, 2014 Order.  See Dkt. 13 at 6.

    IT IS FURTHER ORDERED that Defendant's request for a second extension of time (Dkt. 29) is GRANTED.  The time in which Defendant may file a dispositive motion will be extended up to and including **December 29, 2014**.  Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendant no later than **twenty-eight (28) days** after the date Defendant's motion is filed.  Defendant shall file a reply brief no later than **fourteen (14) days**

after the date Plaintiff's opposition is filed.

**No further extensions will be granted absent exigent circumstances.**

This Order terminates Docket Nos. 28 and 29.

Dated: 11/12/14

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.11\Simmons6190.2ndGrantEOT&DenyDepo-Moot.docx

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRON SIMMONS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>S. ARANDA,<br><br>　　　　Defendant. | Case No.  11-cv-06190-SBA<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 11/17/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barron  Simmons ID: G23039
High Desert State Prison
P.O. Box 3030
Susanville, CA 96130


Dated: 11/17/2014


　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Nikki D. Riley, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable SAUNDRA BROWN ARMSTRONG