UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

BARRON SIMMONS,

    Plaintiff,

  v.

OFFICER ARANDA, et al.,

    Defendants.
_____/

No. 4:11-cv-06190 SBA (NJV)

ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANUM

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of BARRON SIMMONS, inmate no. G23039, presently in custody at High Desert State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: July 30, 2015

                        NANDOR J. VADAS
                        United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:   Warden, High Desert State Prison

## GREETINGS

WE COMMAND that you have and produce the body of BARRON SIMMONS, inmate G23039, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, at 10:30 a.m. on August 19, 2015, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of SIMMONS v. ARANDA, et al, and

1  at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or
2  abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of
3  said prisoner, and further to produce said prisoner at all times necessary until the termination of the
4  proceedings for which his testimony is required in this Court;

   Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: July 30, 2015

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated: July 30, 2015



NANDOR J. VADAS
United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BARRON SIMMONS, | No. 4:11-CV-06190 SBA (NJV) |
|     Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| OFFICER S. ARANDA, et al., | |
|     Defendants. | |

I, the undersigned, hereby certify that on July 30, 2015, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Barron Simmons
G23039
High Desert State Prison
P.O. Box 3030
Susanville, CA 96130

Litigation Coordinator
High Desert State Prison
P.O. Box 750
Susanville, CA   96130

/s/ *Linn Van Meter*
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas