UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRON SIMMONS,<br><br>    Plaintiff,<br><br>  v.<br><br>S. ARANDA,<br><br>    Defendant. | Case No.  11-cv-06190-SBA   (NJV)<br><br>**REPORT OF PRO SE PRISONER<br>EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on August 19, 2015 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

   ( X ) Plaintiff, Barron Simmons Pro Se.

   (  ) Warden or warden's representative

   (  )

   ( X ) Other: Susan Coleman.  Christina Johansen for California Department of Corrections and Rehabilitation.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

   ( X ) The case has been completely settled.  A status conference is scheduled for September 22, 2015 at 1:00.  The parties are instructed to dial 888.684.8852 and enter access code 1868782 to make their appearances.

   (  ) The case has been partially resolved and counsel for defendants shall file a joint

1  stipulation regarding those claims which have been resolved.  The issues outlined on the sheet
2  attached remain for this Court to resolve.
3      ( X )  The parties are unable to reach an agreement at this time.
4  **IT IS SO ORDERED.**
5  Dated: August 26, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRON SIMMONS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>S. ARANDA,<br><br>　　　　Defendant. | Case No.  11-cv-06190-SBA   (NJV)<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on August 26, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barron  Simmons ID: G23039
High Desert State Prison
P.O. Box 3030
Susanville, CA 96130


Dated: August 26, 2015


　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　　Gloria Knudson, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　　Honorable NANDOR J. VADAS

3