UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARRON SIMMONS,

    Plaintiff,

  v.

S. ARANDA,

    Defendant.

Case No.  11-cv-06190-SBA   (NJV)

AMENDED
**REPORT OF PRO SE PRISONER
EARLY SETTLEMENT PROCEEDING**

    A settlement conference was held on August 19, 2015 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Barron Simmons Pro Se.

    (  ) Warden or warden's representative

    (  ) Office of the California Attorney General

    ( X ) Other: Susan Coleman.  Christina Johansen for California Department of Corrections and Rehabilitation.

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X ) The case has been completely settled.  A status conference is scheduled for September 22, 2015 at 1:00.  The parties are instructed to dial 888.684.8852 and enter access code 1868782 to make their appearances.

    (  ) The case has been partially resolved and counsel for defendants shall file a joint

1  stipulation regarding those claims which have been resolved.  The issues outlined on the sheet
2  attached remain for this Court to resolve.
3      ( ) The parties are unable to reach an agreement at this time.
4  **IT IS SO ORDERED.**
5  Dated: September 1, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARRON SIMMONS,

    Plaintiff,

v.

S. ARANDA,

    Defendant.

Case No. 11-cv-06190-SBA (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 1, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barron Simmons ID: G23039
High Desert State Prison
P.O. Box 3030
Susanville, CA 96130

Dated: September 1, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3