UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BARRON SIMMONS,<br><br>    Plaintiff,<br><br>  v.<br><br>S. ARANDA,<br><br>    Defendants. | Case No.  11-cv-06190-SBA  (NJV)<br><br>**ORDER SETTING STATUS CONFERENCE** |

Pursuant to Plaintiff's request, this matter is HEREBY SET for a telephonic status conference on March 1, 2016, at 1:00 pm.  The parties shall attend the status conference by dialing 888-684-8852 and entering access code 1868782.

**IT IS SO ORDERED**.

Dated: February 19, 2016

NANDOR J. VADAS
United States Magistrate Judge