UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BARRON SIMMONS,<br>      Plaintiff,<br>  v.<br>S. ARANDA,<br>      Defendant. | Case No. 11-cv-06190-SBA (PR)<br>**ORDER OF REFERENCE** |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72-1, Plaintiff's Motion to Enforce Settlement in this closed case is hereby REFERRED to a Magistrate Judge Nandor Vadas for a report and recommendation.[1] See Dkt. 56. Judge Vadas shall conduct proceedings authorized by 28 U.S.C. § 636(b)(1)(B) that appear necessary to formulate the proposed disposition, at the convenience of his calendar.

IT IS SO ORDERED.

Dated:  3/8/16

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge

P:\PRO-SE\SBA\CR.11\Simmons6190.Referral2Vadas.docx

---

[1] Plaintiff's February 29, 2016 motion requesting to reopen this case—on the grounds that he has not received the compensation due after he had agreed to settle his claim against Defendants—has been construed as a motion to enforce settlement. Dkt. 56 at 1-2.