UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

BARRON SIMMONS,
        Plaintiff,

  v.

S. ARANDA,
        Defendant.

Case No. 11-cv-06190-SBA (PR)

**SECOND ORDER OF REFERENCE**

On March 9, 2016, the Court referred Plaintiff's February 29, 2016 motion to enforce settlement in this closed case to Magistrate Judge Nandor Vadas for a report and recommendation. Dkt. 58. Also on March 9, 2016, Plaintiff filed an identical motion entitled, Motion to Reopen Case and Proceed to Trial, in which he states that he wishes to reopen this action on the grounds that he has not received the compensation due after he had agreed to settle his claim against Defendants. Dkt. 59 at 1-2. The Court construes this motion as his Second Motion to Enforce Settlement.

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72-1, Plaintiff's Second Motion to Enforce Settlement is hereby REFERRED to a Judge Vadas for a report and recommendation. See id. Judge Vadas shall conduct proceedings authorized by 28 U.S.C. § 636(b)(1)(B) that appear necessary to formulate the proposed disposition, at the convenience of his calendar.

IT IS SO ORDERED.

Dated: 3/18/16

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge

P:\PRO-SE\SBA\CR.11\Simmons6190.SecondReferral2Vadas.docx